DALY, LAMASTRA & CUNNINGHAM
3 Mountain View Road
P O Box 1622
Warren, NJ 07061
(908) 903-5700
Attorneys for Defendant
    Northstar Location Services, LLC

| | |
|---|---|
| LAUREN YODER,<br><br>    Plaintiff,<br><br>        v.<br><br>NORTHSTAR LOCATION SERVICES, LLC,<br><br>    Defendant. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY - TRENTON<br>DOCKET NO. 3:10-cv-04792-AET-TJB<br><br>CIVIL ACTION<br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

The matter in difference in the above-entitled action having been adjusted by and between the parties, it is hereby stipulated and agreed that the same be, and it is hereby, dismissed with prejudice and without costs as against all parties.

DALY, LAMASTRA & CUNNINGHAM
Attorneys for Defendant Northstar Location
Services, LLC

By: _____
    Ellen M. Boyle

Warren & Vullings, LLP
Attorney for Plaintiff

By: _____
    Brent F. Vullings, Esq.

Dated: December 24, 2010