DALY, LAMASTRA & CUNNINGHAM
3 Mountain View Road
P O Box 1622
Warren, NJ 07061
(908) 903-5700
Attorneys for Defendant
Northstar Location Services, LLC

RECEIVED

DEC 30 2010

AT 8:30_____M
WILLIAM T. WALSH
CLERK

| | |
|---|---|
| LAUREN YODER,<br><br>Plaintiff,<br><br>v.<br><br>NORTHSTAR LOCATION SERVICES, LLC,<br><br>Defendant. | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY - TRENTON<br>DOCKET NO. 3:10-cv-04792-AET-TJB<br><br>CIVIL ACTION<br><br>STIPULATION OF DISMISSAL<br>WITH PREJUDICE |

The matter in difference in the above-entitled action having been adjusted by and between the parties, it is hereby stipulated and agreed that the same be, and it is hereby, dismissed with prejudice and without costs as against all parties.

DALY, LAMASTRA & CUNNINGHAM
Attorneys for Defendant Northstar Location
Services, LLC

By: _____
Ellen M. Boyle

Warren & Vullings, LLP
Attorney for Plaintiff

By: _____
Brent F. Vullings, Esq.

Dated: December 24, 2010

So Ordered
Anne E. Thompson USDJ
12-29-10